UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ANTONELLI, JOSEPH J § Case No. 6:11-bk-05019-KSJ
ANTONELLI, THERESA M §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carla Musselman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Carla Musselman, Trustee_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CARLA MUSSELMAN | | | | | |
| CARLA MUSSELMAN | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Csd Collctn 9544 Fenway Ave Baton Rouge, LA 70809 | | | | | |
| | Edc/lane Management 5555 Glenridge Connector Atlanta, GA 30342 | | | | | |
| | Merchants Assoc Cool D 134 S Tampa St Tampa, FL 33602 | | | | | |
| | Rural Metro Ambukance P.O. Box 3495 Toledo, OH 43607 | | | | | |
| | Saif Ullah, MD 11336 Bridge House Road Windermere, FL 34786 | | | | | |
| | Tdrcs/rooms To Go 1000 Macarthur Blvd Mahwah, NJ 07430 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | DISCOVER BANK | | | | | |
| 02 | FIA CARD SERVICES, N.A. | | | | | |
| 03 | FIA CARD SERVICES, N.A. | | | | | |
| 04 | GE CAPITAL RETAIL BANK | | | | | |
| 05 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-05019 | KSJ | Judge: Chief Karen S. Jennemann |
|---|---|---|---|
| Case Name: | ANTONELLI, JOSEPH J | | |
| | ANTONELLI, THERESA M | | |
| For Period Ending: | 03/12/13 | | |

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 04/07/11 (f) |
| 341(a) Meeting Date: | 05/11/11 |
| Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 12879 Madison Pointe CR 102 Orlando | 99,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Regions Checking Account | 475.00 | 225.00 | | 0.00 | FA |
| 3. Regions Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household Furniture | 800.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Volkswagen Coupe GL - VIN: 3VWCD21C13M409354 | 2,950.00 | 1,000.00 | | 1,000.00 | FA |
| 8. 2006 Ford Explorer XLS - VIN: 1FMZU67K65UB99511 | 7,150.00 | 0.00 | OA | 0.00 | FA |
| 9. 2009 Gator 150 Scooter - VIN: L8XTBK50390002243 | 700.00 | 1,000.00 | | 1,000.00 | FA |
| 10. 2011 Income Tax Refund (u) | Unknown | 335.88 | | 335.88 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.16 | FA |

TOTALS (Excluding Unknown Values)    $112,025.00    $2,560.88    $2,336.04    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-05019   KSJ   Judge: Chief Karen S. Jennemann | Trustee Name: Carla Musselman, Trustee |
| Case Name: | ANTONELLI, JOSEPH J | Date Filed (f) or Converted (c): 04/07/11 (f) |
| | ANTONELLI, THERESA M | 341(a) Meeting Date: 05/11/11 |
| | | Claims Bar Date: 12/23/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05/25/11: 341 meeting held and concluded

09/20/11: Notice of assets filed

12/30/11: Trustee reviewed claims

08/27/12: Reviewed claims again; no change

RE PROP# 1---10/16/11:  Notice of Abandonment filed

RE PROP# 7---08/22/11: Negotiated buyback of $1,000.00 over time beginning September 25, 2011.

    Debtor amended Schedule B and increased value to $4,000

    10/16/11:  Notice of Intent to Sell filed

    12/11:  Rcv'd Geico naming trustee as interested party Eff: 02/02/12 to 08/02/12

    01/14/12:  Report of Sale filed

RE PROP# 8---10/16/11:  Notice of Abandonment filed

RE PROP# 9---08/22/11: Negotiated buyback of $1,000.00 over time beginning September 25, 2011.

    10/11: Received executed agreement

    10/16/11:  Notice of Intent to Sell filed

    01/14/12:  Report of Sale filed

RE PROP# 10---01/12: Sent IRS letter requesting refund.

    03/2012:  Rcv'd faxed return indicating $1,244.  Emailed DA status letter.

Initial Projected Date of Final Report (TFR): 04/25/12          Current Projected Date of Final Report (TFR): 08/30/12

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.01

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05019 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | ANTONELLI, JOSEPH J | Bank Name: | UNION BANK |
|  | ANTONELLI, THERESA M | Account Number / CD #: | *******9411  Checking Account |
| Taxpayer ID No: | *******6556 |  |  |
| For Period Ending: | 03/12/13 | Blanket Bond (per case limit): | $ 32,041,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C t  11/07/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,318.07 |  | 2,318.07 |
| C  11/14/12 | 003001 | CARLA MUSSELMAN TRUSTEE 1619 DRUID ROAD MAITLAND, FL 32751 | Chapter 7 Compensation/Fees | 2100-000 |  | 584.01 | 1,734.06 |
| C  11/14/12 | 003002 | CARLA MUSSELMAN TRUSTEE 1619 DRUID ROAD MAITLAND, FL 32751 | Chapter 7 Expenses | 2200-000 |  | 91.28 | 1,642.78 |
| C  11/14/12 | 003003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 01, Payment 8.091463% 5677 | 7100-900 |  | 982.48 | 660.30 |
| C  11/14/12 | 003004 | FIA Card Services, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 02, Payment 8.091731% 2691 | 7100-900 |  | 168.66 | 491.64 |
| C  11/14/12 | 003005 | FIA Card Services, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 03, Payment 8.091454% 9582 | 7100-900 |  | 388.69 | 102.95 |
| C  11/14/12 | 003006 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 04, Payment 8.091709% 0528 GEMB | 7100-900 |  | 102.95 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-05019 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | ANTONELLI, JOSEPH J | | Bank Name: | UNION BANK |
| | ANTONELLI, THERESA M | | Account Number / CD #: | *******9411  Checking Account |
| Taxpayer ID No: | *******6556 | | | |
| For Period Ending: | 03/12/13 | | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9411 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 2,318.07 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 2,318.07 |
| 1 | Transfers In | 2,318.07 | | | |
| | Total | $ 2,318.07 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 11-05019 -KSJ |
| Case Name: | ANTONELLI, JOSEPH J |
| | ANTONELLI, THERESA M |
| Taxpayer ID No: | *******6556 |
| For Period Ending: | 03/12/13 |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5359  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 32,041,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  09/20/11 | | JOSEPH J ANTONELLI<br>12879 MADISON POINTE CIRCLE 102<br>ORLANDO, FL  32821 | Buyback Installment | 1129-000 | 2,000.00 | | 2,000.00 |
| 09/20/11 | 7 | Asset Sales Memo: | 2003 Volkswagen Coupe GL - VIN: 3VWCD21C13M409354  $1,000.00 | | | | 2,000.00 |
| 09/20/11 | 9 | Asset Sales Memo: | 2009 Gator 150 Scooter - VIN: L8XTBK50390002243  $1,000.00 | | | | 2,000.00 |
| C  10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,000.02 |
| C  10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.55 | 1,997.47 |
| C  11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,997.49 |
| C  11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,995.03 |
| C  12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,995.05 |
| C  12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,992.59 |
| C  01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,992.61 |
| C  01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.61 | 1,990.00 |
| C  02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,990.02 |
| C  02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.37 | 1,987.65 |
| C  03/19/12 | | JOSEPH J ANTONELLI | Income Tax refund | 1224-000 | 335.88 | | 2,323.53 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-05019 -KSJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | ANTONELLI, JOSEPH J | | Bank Name: | BANK OF AMERICA, N.A. |
| | ANTONELLI, THERESA M | | Account Number / CD #: | *******5359  BofA - Money Market Account |
| Taxpayer ID No: | *******6556 | | | |
| For Period Ending: | 03/12/13 | | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/19/12 | 10 | 12879 Madison Pointe Circle 102 ORLANDO, FL  32821  Asset Sales Memo: | 2011 Income Tax Refund  $335.88 | | | | 2,323.53 |
| C  03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,323.55 |
| C  03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.57 | 2,320.98 |
| C  04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,321.00 |
| C  04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.95 | 2,318.05 |
| C  05/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,318.07 |
| C t  05/30/12 | | Transfer to Acct #*******0581 | Final Posting Transfer | 9999-000 | | 2,318.07 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******5359 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 2,335.88 | 0 | Checks | 0.00 |
| | 8 | Interest Postings | 0.16 | 7 | Adjustments Out | 17.97 |
| | | | | 1 | Transfers Out | 2,318.07 |
| | | Subtotal | $  2,336.04 | | | |
| | | | | | Total | $  2,336.04 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  2,336.04 | | | |

LFORM2T4  UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-05019 -KSJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | ANTONELLI, JOSEPH J | Bank Name: | BANK OF AMERICA, N.A. |
| | ANTONELLI, THERESA M | Account Number / CD #: | *******0581  BofA - Checking Account |
| Taxpayer ID No: | *******6556 | | |
| For Period Ending: | 03/12/13 | Blanket Bond (per case limit): | $ 32,041,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  05/30/12 | | Transfer from Acct #*******5359 | Transfer In From MMA Account | 9999-000 | 2,318.07 | | 2,318.07 |
| C t  11/07/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,318.07 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

```
Account *******0581    Balance Forward         0.00
                    0  Deposits                0.00        0  Checks              0.00
                    0  Interest Postings       0.00        0  Adjustments Out     0.00
                                                           1  Transfers Out   2,318.07
                       Subtotal       $        0.00
                                                              Total        $  2,318.07
                    0  Adjustments In          0.00
                    1  Transfers In        2,318.07

                       Total          $    2,318.07
```

```
Report Totals        Balance Forward         0.00
                   5  Deposits            2,335.88        6  Checks          2,318.07
                   8  Interest Postings       0.16        7  Adjustments Out    17.97
                                                          2  Transfers Out   4,636.14
                      Subtotal     $      2,336.04
                                                             Total       $   6,972.18
                   0  Adjustments In          0.00
                   2  Transfers In        4,636.14

                      Total        $      6,972.18           Net Total Balance  $   0.00
```

LFORM2T4  UST Form 101-7-TDR (5/1/2011) (Page: 14)                                    Ver: 17.01